FILED
CLERK, U.S. DISTRICT COURT

OCT 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    UNITED STATES OF AMERICA          )      Case No. CR 10-0989 GHK  - 13

12                  Plaintiff,           )

13           v.                          )      **ORDER OF DETENTION**

14    MARTIN PACHECO,                    )

15                  Defendant.           )

16    _____        )

17                                       I.

18    A.    ( ) On motion of the Government involving an alleged:

19           1.    ( )  crime of violence.

20           2.    ( )  offense with maximum sentence of life imprisonment or death.

21           3.    ( ) narcotics or controlled substance offense with maximum sentence of ten

22                 or more years.

23           4.    ( )  felony where defendant was convicted of two or more prior offenses

24                 described above.

25           5.    ( ) felony that is not otherwise a crime of violence that involves a minor

26                 victim, or possession or use of a firearm or destructive device or any other

27                 dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

28

B.    (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.    (X) a serious risk defendant will flee.

2.    ( ) a serious risk defendant will:

     a. ( ) obstruct or attempt to obstruct justice.

     b. ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government is (X) is not ( ) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.    the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.    The court finds that no condition or combination of conditions will reasonably assure:

1.    (X) the appearance of defendant as required.

    ( ) and/or

2.    ( ) the safety of any person or the community.

B.    The court bases the foregoing finding(s) on the following:

1.    (X) Flight Risk:  The history and characteristics indicate a serious risk that defendant will flee because:  (1) his background is unverified; (2) he lacks bail resources; and (3) defendant submitted to detention request.

2.    ( )  Danger:  Defendant poses a risk to the safety of other persons or the community because: _____

3.    (X) See also Pretrial Services Report/Memorandum.

4.    ( )  Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

V.

A.    The court finds that a serious risk exists that defendant will:

1.    ( ) obstruct or attempt to obstruct justice.

2.    ( ) threaten, injure or intimidate a witness or juror.

3.    ( ) attempt to threaten, injure or intimidate a witness or juror.

B.    The court bases the foregoing finding(s) on the following:

_____

( ) See also Pretrial Services Report/Memorandum.

VI.

A.    IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.    IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections

1    facility in which defendant is confined shall deliver defendant to a United States

2    marshal for the purpose of an appearance in connection with a court proceeding.

3    DATED: _____Oct. 22_____, 2010.

4

5                                        _____
                                              Fernando M. Olguin
6                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28